ROBERT J. PARKS (SBN 103014)
robert.parks@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:   619 239 8700
Fax:            619 702 3898

Attorneys for Defendant,
TRADER JOE'S COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY JOSEPH, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>TRADER JOE'S COMPANY,<br><br>                              Defendant. | Case No. 2:16-cv-01371-ODW-AJW<br><br>**JOINT STATUS REPORT** |

1   This is the joint status report of defendant, Trader Joe's Company (hereinafter
2   "Defendant") and plaintiff, Amy Joseph (hereinafter "Plaintiff") pursuant to the April
3   14, 2016 Order (Doc. 12) staying this case and ordering the parties to provide a joint
4   status report to the Court concerning the status of the matters before the United States
5   Judicial Panel on Multidistrict Litigation ("JPML").

6   On May 26, 2016, the relevant parties appeared before the JPML and agreed to
7   stipulate to a change of venue pursuant to 28 U.S.C. § 1404, where the cases styled
8   *Magier, et al. v. Trader Joe's Company, et al.,* Case No. 1:16-cv-00043 (PGG) and
9   *Aliano v. Trader Joe's Company*, Case No. 1:16-cv-02623 (N.D. Ill.), will be
10  transferred to the Central District of California where two cases are pending before
11  this Court.  Accordingly, the following matters will be venued in the Central District
12  of California:

13      (1)   *Magier, et. al v. Trader Joe's Company, et. al*, Case No. 1:16-cv-00043
14             (PGG) (S.D.N.Y.);
    (2)   *Aliano v. Trader Joe's Company*, Case No. 1:16-cv-02623 (N.D. Ill.);
15      (3)   *Joseph v. Trader Joe's Company*, Case No. 2:16-cv-01371-ODW-AJW
16             (C.D. Cal.); and,
    (4)   *Shaw v. Trader Joe's Company*, Case No. 2:16-cv-02686-ODW-AJW
17             (C.D. Cal.).

18  / / / /
19  / / / /
20  / / / /
21  / / / /
22  / / / /
23  / / / /
24  / / / /
25  / / / /
26  / / / /
27  / / / /
28  / / / /

JOINT STATUS REPORT           CASE NO. 2:16-CV-01371-ODW-AJW

1     The parties agree that this case will remain stayed for all purposes and all

2   deadlines and hearings remain vacated including the deadline for Defendant to

3   respond to the complaint pursuant to this Court's Order filed April 14, 2016 (Doc. 12)

4   until the cases are venued in the Central District of California before a single judge.

5   Counsel will present the venue transfer Stipulation and Order to the Court for

6   signature and filing.

7   DATED:  June 1, 2016          SULLIVAN, KRIEGER, TRUONG, SPAGNOLA
8                                 & KLAUSNER, LLP
9

10

11                              By:   /s/ Adam M. Tamburelli
                                      ADAM M. TAMBURELLI
12                                    Attorneys for Plaintiff AMY JOSEPH
13

14  DATED:  June 1, 2016          BUCHANAN INGERSOLL & ROONEY LLP

15

16                              By:   /s/ Robert J. Parks
                                      ROBERT J. PARKS
17                                    Attorneys for Defendant TRADER JOE'S
18                                    COMPANY
19

20                         **Signature Certification**
21

22      Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the United States District Court

23  for the Central District of California, I certify that the content of this document is

24  acceptable to Adam M. Tamburelli, and that I have obtained authorization from

25  him to affix his electronic signature to this document.

26                  By: /s/ Robert J. Parks
                        Robert J. Parks, Esq.
27                      Attorneys for Defendant, Trader Joe's Company
28

- 2 -

1
2

<u>**CERTIFICATE OF SERVICE**</u>

3
4
5
6

    I certify that on the 1st of June 2016, I filed the foregoing JOINT STATUS REPORT with the Clerk of the Court for the United States District Court, Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

7
8

DATED: June 1, 2016        BUCHANAN INGERSOLL & ROONEY LLP

9
10

           By: */s/ Robert J. Parks*

11

              ROBERT J. PARKS
              Attorneys for Defendant
              *Trader Joe's Company*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -