1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY JOSEPH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>Defendant. | Case No. 2:16-cv-01371-ODW-AJW<br><br>**STIPULATION AND JOINT MOTION TO CONSOLIDATE CASES**<br><br>Hon. Otis D. Wright II |
| CHRISTINE SHAW, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:16-cv-02686-ODW-AJW |

| | |
|---|---|
| SARAH MAGIER and ATZIMBA REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY and TRADER JOE'S EAST INC.,<br><br>Defendants. | Case No. 2:16-cv-04531-ODW-AJW |
| KATHY ALIANO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:16-cv-04733-ODW-AJW |

Counsel for the Parties in four related actions pending before this Court, *Joseph v. Trader Joe's Company*, Case No. 2:16-cv-01371-ODW-AJW, *Magier, et al., v. Trader Joe's Company, et al.*, Case No. 2:16-cv-04531-ODW-AJW, *Aliano v. Trader Joe's Company*, Case No. 2:16-cv-04733-ODW-AJW, and *Shaw v. Trader Joe's Company*, Case No. 2:16-cv-02686-ODW-AJW (collectively, the "Related Actions"), hereby stipulate and agree as follows:

WHEREAS, the Related Actions are putative class actions that similarly assert allegations relating to sales of Trader Joe's 5-ounce cans of tuna;

WHEREAS, counsel for the Parties agree that consolidation is in the best interests of the Parties;

WHEREAS, counsel for the Parties believe that consolidation also would benefit the Court, as it could avoid duplicative motions and inconsistent outcomes, and therefore promote the efficient administration of justice; and

WHEREAS, Plaintiffs' counsel are actively exploring a leadership structure for Plaintiffs' representation in the Related Actions,

THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. The Related Actions are putative class actions that similarly assert allegations relating to sales of Trader Joe's 5-ounce cans of tuna, such that consolidation is appropriate under Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)(2)");

2. Subject to the Court's approval, the Parties stipulate and agree that the Related Actions shall be consolidated for all purposes, pursuant to Rule 42(a)(2), with all future filings to be done in Case No. 2:16-cv-01371-ODW-AJW, which shall be captioned *In re Trader Joe's Tuna Litigation*;

3. As proposed in the Supplemental Joint Status Report the Parties filed with this Court on October 24, 2016, if Plaintiffs' counsel are able to collectively arrive at a leadership structure, they shall submit their joint proposal to the Court no later than November 7, 2016;

4. If Plaintiffs' counsel are unable to collectively arrive at a leadership structure, Plaintiffs' counsel shall submit their motions for the appointment of interim class counsel, pursuant to Federal Rule of Civil Procedure 23(g), by November 7, 2016;

5. Plaintiffs shall have thirty days from the date the Court enters an order establishing the leadership structure for Plaintiffs' counsel to file a Consolidated Amended Class Action Complaint (the "Consolidated Complaint"); and

6. Defendants Trader Joe's Company and Trader Joe's East, Inc. ("Defendants") shall have sixty days, from the date the Consolidated Complaint is filed, to respond to the Consolidated Complaint.

Consistent with these stipulations, the Parties jointly move the Court to enter an order that (1) consolidates the Related Actions; (2) allows Plaintiffs thirty days from the date the Court enters an order establishing the leadership structure for Plaintiffs' counsel to file a Consolidated Complaint; and (3) allows Defendants sixty days from the filing of the Consolidated Complaint to file a response.

A proposed order is lodged concurrently herewith.

Dated:  October 31, 2016                    Respectfully submitted,

By:   /s/ Adam M. Tamburelli

Adam M. Tamburelli, SBN 301902
*atamburelli@sullivankrieger.com*
Charles T. Spagnola, P.C., SBN 144983
*cspagnola@sullivankrieger.com*
Eliot F. Krieger, SBN 159647
*ekrieger@sullivankrieger.com*
SULLIVAN, KRIEGER, TRUONG,
SPAGNOLA & KLAUSNER, LLP
444 West Ocean Boulevard, Suite 1700
Long Beach, CA 90802

Telephone: (562) 597-7070

*Attorneys for Plaintiff Amy Joseph*

By: /s/ Robert J. Parks

Robert J. Parks, SBN 103014
*robert.parks@bipc.com*
Douglas W. Gillie, SBN 286237
*douglas.gillie@bipc.com*
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone:  619 239 8700
Fax:  619 702 3898

*Attorneys for Defendants, Trader Joe's Company and Trader Joe's East, Inc.*

By: /s/ Thomas A. Zimmerman, Jr.

Thomas A. Zimmerman, Jr. (admitted *pro hac vice*)
*tom@attorneyzim.com*
Zimmerman Law Offices, P.C.
77 West Washington Street, Suite 1220
Chicago, IL 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180

*Attorneys for Plaintiff Kathy Aliano*

Dated: October 31, 2016        By: /s/ Michael McShane

Michael McShane (State Bar No. 127944)
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA  94102-3275
Telephone:   (415) 568-2555
Facsimile:   (415) 568-2556
Email:   mmcshane@audetlaw.com

*Attorneys for Plaintiff Christiane Shaw*

| | | |
|---|---|---|
| 1 | Dated:  October 31, 2016 | By:   /s/ Neal J. Deckant |
| 2 | | Scott A. Bursor (State Bar No. 276006) |
| | | Joshua D. Arisohn (*pro hac vice* forthcoming) |
| 3 | | Neal J. Deckant (*pro hac vice* forthcoming) |
| 4 | | BURSOR & FISHER, P.A. |
| 5 | | 888 Seventh Avenue |
| | | New York, NY  10019 |
| 6 | | Telephone: (212) 989-9113 |
| | | Facsimile: (212) 989-9163 |
| 7 | | Email:  scott@bursor.com |
| | | jarisohn@bursor.com |
| 8 | | ndeckant@bursor.com |

*Attorneys for Plaintiffs Magier and Reyes*