**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs Magier and Reyes*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Trader Joe's Tuna Litigation* | Case No. 2:16-cv-01371-ODW-AJW<br><br>**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS MAGIER AND REYES' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Date: December 5, 2016<br>Time: 1:30 p.m.<br>Ctrm: Courtroom 5D, 5th Floor<br><br>Hon. Otis D. Wright II |

Plaintiffs Sarah Magier and Atzimba Reyes (collectively, "Plaintiffs") submit this reply memorandum of law in further support of their motion to appoint Bursor & Fisher, P.A. as sole interim class counsel.

In its Order to Consolidate Cases, the Court set of deadline of November 7, 2016 for "Plaintiffs' counsel [to] submit their motions for the appointment of interim class counsel, pursuant to Federal Rule of Civil Procedure 23(g)." *See* Dkt. 18. Plaintiffs filed their motion on November 7, 2016, with a hearing date set for December 5, 2016. *See* Dkt. 22. Pursuant to Local Rule 7-9, opposition briefs were due to be filed no later than November 14, 2016. *See* L.R. 7-9 ("Each opposing party shall, not later than ten (10) days after service of the motion in the instance of a new trial motion and not later than twenty-one (21) days before the date designated for the hearing of the motion in all other instances, serve upon all other parties and file with the Clerk … a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposition party will rely …."); *see also* Dkt. 25 ("The briefing schedule shall follow the Court's Local Rules.").

However, no opposition briefs were filed. Accordingly, the Court can consider Plaintiffs' motion unopposed. *See* L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). In the alternative, the Court should be mindful of the other plaintiffs' firms' inability to comply with the Local Rules of this District.[1]

---

[1] In their opposition to the other plaintiffs' firms' motion for the appointment of interim class counsel, Plaintiffs Magier and Reyes note that the other plaintiffs' firms also violated Local Rule 6-1 by failing to include a notice of motion and a hearing date, and they violated Local Rule 7-3 by failing to include a statement that their motion was made "following [a] conference of counsel." *See* Dkt. 26 at 6.

| | | |
|---|---|---|
| 1 | Dated: November 21, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | **BURSOR & FISHER, P.A.** |
| 4 | | By:     */s/ Scott A. Bursor*     |
| 5 | | Scott A. Bursor |
| 6 | | Scott A. Bursor (State Bar No. 276006) |
| 7 | | 888 Seventh Avenue<br>New York, NY  10019 |
| 8 | | Telephone: (212) 989-9113<br>Email:  scott@bursor.com |
| 9 | | |
| 10 | | **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626) |
| 11 | | 1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596 |
| 12 | | Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700 |
| 13 | | E-Mail: ltfisher@bursor.com |
| 14 | | *Attorneys for Plaintiffs Magier and Reyes* |