**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs Magier and Reyes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Trader Joe's Tuna Litigation* | Case No. 2:16-cv-01371-ODW-AJW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Otis D. Wright II |

IT IS HEREBY ORDERED as follows:

Plaintiffs' deadline to file their motion for class certification shall be extended pending the Court's resolution of Defendants' anticipated motion to dismiss. The Parties shall meet and confer to submit to the Court, within 10 days of the Court's disposition of the anticipated motion to dismiss (and assuming the Court does not dismiss the action in its entirety), a proposed schedule regarding the motion for class certification.

SO ORDERED this _____ day of _____, 2017.

_____
Otis D. Wright II
United States District Judge