**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail:  scott@bursor.com

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re Trader Joe's Tuna Litigation* | Case No. 2:16-cv-01371-ODW-AJW |
|  | **ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR A RENEWED MOTION FOR PRELIMINARY APPROVAL PENDING THE NINTH CIRCUIT'S RULING IN *IN RE: HYUNDAI AND KIA FUEL ECONOMY LITIGATION*** |
|  | Hon. Otis D. Wright II |

1

IT IS HEREBY ORDERED as follows:

2

    1. Plaintiff's deadline to file a renewed motion for preliminary approval of the

3

       class action settlement is continued until 60 days after the Ninth Circuit issues

4

       its *en banc* ruling in *In Re: Hyundai and Kia Fuel Economy Litigation*.

5

6

SO ORDERED this 22nd  day of April 2019.

7

8

_____

9

Otis D. Wright II
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28